JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV 14-01585 DDP (AJWx) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| HARMEET SINGH BAJWA, ) | |
| Defendant. ) | |
| _____ ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 23, 2015

DEAN D. PREGERSON
United States District Judge